SIERRA DUGAN LAW
Sierra Promise Dugan, SBN# 281272
717 Washington Street, 2nd Floor
Oakland, CA 94607
Phone: (510) 214-2194
info@sierraduganlaw.com

Attorney for Defendant
**DESHAWN LEMONS-WOODARD**

FILED
JAN 30 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATE OF AMERICA,**<br>　　　　Plaintiff,<br>　v.<br>**DESHAWN LEMONS-WOODARD,**<br>　　　　Defendant. | Case No.: 4:19CR00043-011 YGR<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DESHAWN LEMONS-WOODARD** |

GOOD CAUSE APPEARING, Sierra Promise Dugan is hereby relieved as counsel for Deshawn Lemons-Woodard.

DATE: 1/30/23

_/s/ Kandis Westmore_
HON. KANDIS A. WESTMORE
UNITED STATE MAGISTRATE JUDGE